PRESBYTERIAN MEDICAL
CENTER et al

v.

TEXAS HEALTH FACILITIES
COMMISSION et al.

No. C–4813.

Supreme Court of Texas.

April 9, 1986.

Joint motion of parties filed herein on March 26, 1986 in the above numbered and entitled cause having been duly considered, it is ordered that the joint motion be, and hereby is, granted.

It is ordered that Petitioner's application for *writ of error is granted;* the judgments of the courts below are set aside and the cause is dismissed as moot.

MELVIN WILLIAMS
CONSTRUCTION, INC.

v.

James David SALTER, Jr. et al.

No. C–5102.

Supreme Court of Texas.

April 16, 1986.

Joint motion of parties filed herein on April 14, 1986 in the above numbered and entitled cause having been duly considered, it is ordered that the joint motion be, and hereby is, granted.

It is ordered that Petitioner's application for writ of error *is granted;* the judgments of the courts below are *reversed* and the cause is remanded to the trial court for further action pursuant to the settlement agreement.

Mrs. William A. CUMMINGS,
Individually and Guardian of
S.E.C., a Minor, et al.

v.

BAKER MATERIAL HANDLING
CORPORATION et al.

No. C–4403.

Supreme Court of Texas.

May 14, 1986.

Joint motion of parties filed herein on May 7, 1986 in the above numbered and entitled cause having been duly considered, it is ordered that the joint motion be, and hereby is, granted.

Order of this Court of October 16, 1985 granting the petitioner's application for writ of error is withdrawn and the application for writ of error is *dismissed* by agreement.